# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

FILED
2008 MAR 27  P 2: 36
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA
V.

**Sergio RAMOS HINOJOSA**
a/k/a Carlos Henry Torres

(Name and Address of Defendant)

Venue: SAN JOSE

E-FILING **CRIMINAL COMPLAINT**

CASE NUMBER: **08-70186 RS**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>March 14, 2007</u>, in <u>Santa Clara County</u>, in the <u>Northern District</u> of <u>California</u> defendant did, willfully and knowingly use a passport the issuance of which was secured by reason of a false statement, which is in violation of Title <u>18</u> United States Code, Section 1542.

I further state that I am a <u>Customs and Border Protection Enforcement Officer</u> and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint,**

Maximum Penalties:
10 years of imprisonment; $250,000 fine; 3 years supervised release; and $100 special assessment fee

APPROVED AS TO FORM: _____
Joseph Fazioli, AUSA

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Warrant of Arrest Requested:   ☒ Yes  ☐ No
    Bail Amount: N/A

_____
Signature of Complainant, Jim D. Mollison, Jr.

Sworn to before me and subscribed in my presence,

____3/27/08____ at ____San Jose, California____
Date                                City and State

**United States Magistrate Judge**       _Patricia V. Trumbull_
Name & Title of Judicial Officer           Signature of Judicial Officer

| | |
|---|---|
| UNITED STATES DISTRICT COURT | ) |
| | ) ss. AFFIDAVIT |
| NORTHERN DISTRICT OF CALIFORNIA | ) |

I, Jim D. Mollison, Jr., being duly sworn, do depose and state:

**Affiant Background**

1. I am an Enforcement Officer with the United States Department of Homeland Security, Customs and Border Protection (CBP). I have been employed with CBP since March 1, 2003. Previously, I was employed as an Immigration Inspector with the United States Department of Justice, Immigration and Naturalization Service since May 1998. My duties include the investigation and prosecution of violations of the Immigration and Nationality Act and related criminal immigration statutes. I have been certified as a forensic document-training instructor by the Immigration and Customs Enforcement, Forensic Document Laboratory, in McLean, VA.

**Purpose**

2. This affidavit seeks to establish probable cause to arrest Sergio Ramos Hinojosa for violating Title 18 United States Code, Section 1542, willfully and knowingly used a passport the issuance of which was secured by reason of a false statement. This affidavit is based in part on personal knowledge, interviews, and reviews of official documents and records, and does not contain every fact, piece of information or evidence concerning this alleged violation.

1

**Facts Establishing Probable Cause**

3. On March 14, 2008, an individual eventually determined to be Sergio Ramos Hinojosa ("Hinojosa") arrived at the Mineta San Jose International Airport from Guadalajara, Mexico via Mexicana Airlines flight 952.

4. After he arrived at San Jose Airport, Hinojosa presented to CBP officials an United States passport, number 21334755 and a signed Customs Declaration Form 6059B. These documents were in the name of a Carlos Henry TORRES, with a date of birth of March 16, 1977. Prior to Hinojosa arriving at the airport, the name "Carlos Henry Torres" and the aforementioned travel documents had been submitted into a number of databases, including the Treasury Enforcement Communication System (TECS) database record from the Department of State (DOS).

5. Before Hinojosa arrived at the airport, Supervisory Customs and Border Protection Officer (SCBPO) Tanai Saefong contacted me by telephone and advised that there was a TECS database record from the Department of State (DOS) indicating that there was a "Carlos Henry Torres" arriving in the United States who was an imposter. The TECS record supported the conclusion that the arriving passenger calling himself "Carlos Henry Torres" had previously obtained a United States passport through fraud, specifically by using a California Birth Certificate of a deceased United States Citizen of that name. SCBPO Saefong advised me that DOS Diplomatic Security Services (DSS) agents had obtained a copy of the death certificate for the real Carlos Henry Torres. I subsequently confirmed that a death certificate for Carlos Henry Torres had been filed on March 16, 1977, in Santa Clara County, California.

6. Based on the aforementioned TECS record, Hinojosa was referred to Passport Control Secondary (PPC) once he arrived at the airport. I then arrived at the airport to interview Hinojosa. While Hinojosa was in PPC, I administratively interviewed him in English. Hinojosa initially stated the following:

    a. His name was Carlos Henry Torres.

    b. He was born on December 27, 1969.

    c. He was born in San Jose, California.

    d. He was a citizen of the United States of America.

7. I then questioned Hinojosa regarding some details of his family history. Hinojosa then stated that he wanted to the "tell the truth" and stated the following:

    a. His name was Sergio Ramos Hinojosa.

    b. He was a citizen and national of Mexico.

    c. He was born on December 27, 1969.

    d. His place of birth was Mexico.

    e. He was not a citizen of the United States of America.

8. I then administratively interviewed Hinojosa in Spanish using an interpreter. During this interview, Hinojosa admitting the following:

    a. His name was Sergio Ramos Hinojosa.

    b. He was a citizen and national of Mexico.

    c. He was born on December 27, 1969.

    d. His place of birth was Mexico.

    e. He did not have dual citizenship with any other country.

    f. He was not a naturalized United States citizen.

    g. He was not born in San Jose, California.

    h. He applied for and obtained two United States passports issued in the name of Carlos Henry Torres.

    i. He applied for a United States passport in San Jose, California, utilizing a California Birth Certificate.

    j. He knew that it was illegal for him to present himself as a citizen of the United States when in fact he was not a citizen.

9.    A CBP officer also searched the name "Carlos Henry Torres" in the Passport Information Electronic Retrieval System (PIERS). PIERS is a Department of State database for passport information used by law enforcement. PIERS records indicate that an individual (presumably Hinojosa) applied for a United States passport at the United States Embassy in Carlos Henry Torres' name in Mexico City, Mexico, on or about April 26, 1995 ("the 1995 Torres Application"). At the time of the 1995 Torres Application, the passport applicant presented: (1) a certified copy of a California Certificate of Live Birth; (2) a California Identification Card, number B5386534, bearing his photograph, issued on August 25, 1994; (3) and a Social Security Card, number 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, all in the name of Carlos Henry Torres, with a date of birth as March 16, 1977. The passport applicant was issued a United States passport, number 700601925, bearing his photograph, in the name of Carlos Henry Torres. A review of the 1995 Torres Passport Application and the "Carlos Henry Torres" passport Hinojosa used to attempt to enter the United States on March 14, 2008 showed that they both contained Hinojosa's photograph.

10. PIERS' records also indicated that, on or about March 28, 2005, an individual (presumably Hinojosa) applied for a second United States passport, enclosing his previously issued United States passport (700601925) with his application. Hinojosa was issued a United States passport, number 213304755, bearing his photograph, in the name of Carlos Henry Torres.

11. When Hinojosa arrived at San Jose Airport on March 14, 2008, he was also in possession of a California Commercial Driver License, number B5386534, and California Identification Card, number B5386534, both in the name of Carlos Henry Torres, with date of birth as March 16, 1977, both bearing Hinojosa's photograph.

**Conclusion**

12. I respectfully submit that the above presented facts establish probable cause to believe that Hinojosa did willfully and knowingly use a passport the issuance of which was secured by reason of a false statement, in violation of Title 18, United States Code, Section 1542, while in the Northern District of California. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Jim D. Mollison, Jr.
Enforcement Officer,
U.S. Customs and Border Protection
U.S. Department of Homeland Security

SUBSCRIBED AND SWORN BEFORE ME
ON 3/27/08

The Honorable Patricia V. Trumbull
US Magistrate Judge
Northern District of California

5