BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant RAMOS-HINOJOSA

**E-FILED**

**RECEIVED**

APR - 7 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SERGIO RAMOS-HINOJOSA, <br><br> Defendant. | No. CR 08-70186 RS <br><br> **STIPULATION TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME; [~~PROPOSED~~] ORDER** <br><br> Hon. Howard R. Lloyd |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Thursday, April 10, 2008, at 9:30 a.m. be continued to Thursday, May 1, 2008, at 9:30 a.m. The continuance is requested to allow time for further pre-charge negotiation and defense investigation.

The parties further agree that time should be excluded under the Speedy Trial Act from April 10, 2008 to May 1, 2008, to allow time for defense investigation and preparation, and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Finally, in order to allow additional time for pre-charge negotiations, the parties also agree that time should be extended for the defendant's preliminary hearing pursuant to Federal

STIPULATION TO EXTEND PRELIM.
HEARING DATE; [PROPOSED] ORDER
No. CR 08-70186 RS                    1

1  Rule of Criminal Procedure 5.1(d), taking into account the public interest in the prompt

2  disposition of criminal cases.

3

4  Dated:     4/7/08                    _____/s/_____
                                        LARA S. VINNARD
5                                       Assistant Federal Public Defender

6  Dated:     4/7/08                    _____/s/_____
                                        JOSEPH FAZIOLI
7                                       Assistant United States Attorney

8
                                    **ORDER**
9
       The parties have jointly requested a continuance of the hearing set for April 10, 2008, to
10
    allow time for continued pre-charge negotiation and continued defense investigation.
11
       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
12
    presently set for April 10, 2008 at 9:30 a.m. be continued to May 1, 2008, at 9:30 a.m.
13
       Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
14
    from April 10, 2008, to May 1, 2008, shall be excluded from the period of time within which trial
15
    must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.
16
       Finally, due to the parties' efforts to engage in pre-charge negotiations, it is ORDERED
17
    that time should be extended for the defendant's preliminary hearing pursuant to Federal Rule of
18
    Criminal Procedure 5.1(d), taking into account the public interest in the prompt disposition of
19
    criminal cases.
20

21  Dated: 4/8/08                       _____
                                        HOWARD R. LLOYD
22                                      United States Magistrate Judge

23

24

25

26

STIPULATION TO EXTEND PRELIM.
HEARING DATE; [PROPOSED] ORDER
No. CR 08-70186 RS                      2