1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant RAMOS-HINOJOSA

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12 UNIFIED STATES OF AMERICA,      )   No. CR 08-70186 RS
                                   )
13                   Plaintiff,    )   **STIPULATION TO EXTEND TIME FOR**
                                   )   **PRELIMINARY HEARING AND**
14     v.                          )   **EXCLUDE TIME; [PROPOSED] ORDER**
                                   )
15 SERGIO RAMOS-HINOJOSA,          )
                                   )   Hon. Howard R. Lloyd
16                   Defendant.    )
   _____ )

17      Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19 Thursday, May 1, 2008, at 9:30 a.m. be continued to Thursday, May 15, 2008, at 9:30 a.m.  The

20 continuance is requested to allow time for further pre-charge negotiation and defense

21 investigation.

22      The parties further agree that time should be excluded under the Speedy Trial Act from

23 May 1, 2008 to May 15, 2008, to allow time for defense investigation and preparation, and

24 because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

25      Finally, in order to allow additional time for pre-charge negotiations, the parties also

26 agree that time should be extended for the defendant's preliminary hearing pursuant to Federal

1  Rule of Criminal Procedure 5.1(d), taking into account the public interest in the prompt
2  disposition of criminal cases.

4  Dated:    4/25/08                                        _____/s/_____
                                                            LARA S. VINNARD
5                                                           Assistant Federal Public Defender

6  Dated:    4/26/08                                        _____/s/_____
                                                            JOSEPH FAZIOLI
7                                                           Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for May 1, 2008, to allow time for continued pre-charge negotiation and continued defense investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for May 1, 2008 at 9:30 a.m. be continued to May 15, 2008, at 9:30 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from May 1, 2008, to May 15, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Finally, due to the parties' efforts to engage in pre-charge negotiations, it is ORDERED that time should be extended for the defendant's preliminary hearing pursuant to Federal Rule of Criminal Procedure 5.1(d), taking into account the public interest in the prompt disposition of criminal cases.

Dated:                                                      _____
                                                            HOWARD R. LLOYD
                                                            United States Magistrate Judge