JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

E-FILING

FILED

2008 MAY 22 A 9:39

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

  v.

SERGIO RAMOS HINOJOSA,
  a/k/a Carlos Henry Torres,

  Defendant.

CR-08 00341 HRL

VIOLATION: Title 18, United States Code, Section 1542 - False Statement in Application for United States Passport

SAN JOSE VENUE

### INFORMATION

The United States Attorney charges:

On or about March 28, 2005, in the Northern District of California, the defendant,

**SERGIO RAMOS HINOJOSA,**
a/k/a Carlos Henry Torres,

did willfully and knowingly make a false statement in an application for a passport with the intent to induce and secure the issuance of the passport under the authority of the United States, for his own use contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that he placed into the United States Mail in San Jose, California a Form DS-82 (Application for a U.S. Passport by Mail) in which he falsely stated under oath that

INFORMATION

1  his true name was Carlos Henry Torres, born on a date in 1977 in San Jose, California, knowing
2  at the time he made those statements that they were false.
3      All in violation of Title 18, United States Code, Section 1542.

5  DATED: *May 21, 2008*

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

                                DAVID R. CALLAWAY
                                Deputy Chief, San Jose Branch Office

10  (Approved as to form: _____ )
    AUSA FAZIOLI

INFORMATION                        2

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

---

### OFFENSE CHARGED

COUNT ONE: 18 U.S.C. § 1542 - False Statement in Application for United States Passport

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

**PENALTY:**
10 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

---

**DEFENDANT - U.S.**

2008 MAY 22 A 9:39

SERGIO RAMOS HINOJOSA, a/k/a Carlos Henry Torres

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

**DISTRICT COURT NUMBER**

CR-08 00341 RMW HRL

---

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
U.S. Customs and Border Protection,

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70186 RS

---

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
JOSEPH A. FAZIOLI

---

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: