AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Sergio Ramos-Hinojosa

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 08 00341 RMW

I, _Sergio Ramos-Hinojosa_, the above named defendant, who is accused of _false statement in passport application, in violation of 18 U.S.C. § 1542_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __May 22, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_Sergio Ramos Hinojosa_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer