UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Judge Ronald M. Whyte, Presiding**
Courtroom 6 - 4th Floor

# Criminal Minute Order

Date: June 2, 2008                                         Time in Court: 20 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter: Lee-Anne Shortridge

**TITLE: United States of America v. Sergio Ramos-Hinojosa**
**CASE NUMBER**: CR08-00341RMW
Plaintiff Attorney present: Joseph Fazioli
Defendant Attorney present: Lara Vinnard

**PROCEEDINGS: Status Hearing**


Defendant is present in custody and assisted by the Spanish interpreter.

Defendant enters a GUILTY plea to the single count in the Information.  Plea Agreement is signed in court.  Defendant waives a pre-sentence report.

Judgment and Sentence: Defendant is sentenced to 3 years probation ; special assessment of $100.00;  no fine.