07/29/2008 04:58 PM EST

Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

San Jose

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | SERGIO RAMOS HINOJOSA | DCAN508CR000341 US VS HINOJOSA | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 54611003291 | 1 | PR | 100.00 | 06/02/2008 |

Division Payment Total   100.00

Grand Total   100.00

Page 1 of 1

FILED
AUG 1 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

$100.00 SPECIAL ASSESSMENT ON 6/2/08
PAID IN FULL